UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donetta Byrd,                          )
                                       )
                Plaintiff,             )
                                       )   Case: 1:15-cv-01939
                                       )   Assigned To : Unassigned
        v.                             )   Assign. Date : 11/2/2015
                                       )   Description: Pro Se Gen. Civil  (F Deck)
Superior Court of D.C.                 )
Judge Acaluso,                         )
                                       )
                Defendants.            )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*.  The Court will grant the plaintiff's application and dismiss the complaint for

lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth

generally at 28 U.S.C. §§ 1331 and 1332.  Under those statutes, federal jurisdiction is available

only when a "federal question" is presented or the parties are of diverse citizenship and the

amount in controversy exceeds $75,000.  A party seeking relief in the district court must at least

plead facts that bring the suit within the court's jurisdiction.  *See* Fed. R. Civ. P. 8(a).  Failure to

plead such facts warrants dismissal of the action.  *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a District of Columbia resident.  She purports to sue a judge of the Superior

Court of the District of Columbia presumably for dismissing her case.  Plaintiff complains about

unfortunate events that seem to have nothing do with the named defendant.  She seeks $999

billion in damages.   The complaint does not present a federal question, and the parties are not of

diverse citizenship.  Moreover, judges are absolutely immune from lawsuits arising from acts,

1



such as alleged here, taken in their judicial capacity.  *See Mirales v. Waco*, 502 U.S. 9, 11-12

(1991); *Thanh Vong Hoai  v. Superior Court for District of Columbia*, 344 Fed. Appx. 620 (D.C.

Cir. 2009) (per curiam); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993).  Hence, this

case will be dismissed with prejudice.  A separate Order accompanies this Memorandum

Opinion.


United States District Judge

DATE:  October 27, 2015